UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GREYSTOKE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CLALLAM COUNTY<br>CORRECTIONS FACILITY, et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:18-cv-05081-RJB-DWC<br><br>REPORT AND<br>RECOMMENDATION<br><br>Noting Date: May 25, 2018 |

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

On March 19, 2018, the Court screened Plaintiff John Greystoke's Complaint and found it deficient. Dkt. 10. The Court ordered Plaintiff to correct the deficiencies by April 20, 2018. *Id.* The Court warned that failure to either file an Amended Complaint or otherwise address the deficiencies identified in the Order would result in the Court recommending that Plaintiff's action be dismissed. *Id.* at 5. To date, Plaintiff has filed a 103 page Supplement, containing

REPORT AND RECOMMENDATION - 1

1  account balances and inmate requests (Dkt. 9), a letter containing several CM/ECF printouts
2  (Dkt. 10), and a Notice of Withdrawal of Counsel for a different, unrelated case (Dkt. 11).
3  Though filed the same day as the Court's Order (Dkt. 8) and docketed after the Court's Order,
4  the Supplement (Dkt. 9) was signed on March 13, 2018, six days before the Court entered its
5  Order. In addition, though undated, the letter (Dkt. 10) has a post date of March 15, 2018, and
6  the Notice of Withdrawal (Dkt. 11) also has a post date of March 15, 2018. Thus, all these
7  documents were written before the Court's Order, not in response to it. To date, Plaintiff has not
8  otherwise addressed the Court's Order or file an Amended Complaint.

9  Therefore, because Plaintiff has failed to obey the Court's Order and prosecute his case,
10 the Court recommends this action be dismissed without prejudice.

11 Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
12 fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.
13 6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo*
14 review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
15 of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
16 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
17 imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **May 25, 2018**
18 as noted in the caption.

20  Dated this 8th day of May, 2018.

David W. Christel
United States Magistrate Judge