UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GREYSTOKE,

                              Plaintiff,

        v.

CLALLAM COUNTY CORRECTIONS
FACILITY, et al.,

                              Defendants.

No. 3:18-cv-05081-RJB

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, does hereby find and ORDER

(1)     The Court adopts the Report and Recommendation (Dkt. 12).

(2)     Plaintiff's action is dismissed for failure to obey a court order and prosecute his case.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 29th day of May, 2018.

ROBERT J. BRYAN
United States District Judge